UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| THOMAS E. CROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05-CV-345 |
| | ) | |
| BRADLEY EQUIPMENT RENTALS, | ) | Judge Curtis L. Collier |
| INC.; HALE ROE; and CITY OF | ) | |
| CLEVELAND, TN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the accompanying memorandum, the Court **GRANTS** Defendant City of Cleveland, Tennessee's motion to dismiss Plaintiff's 42 U.S.C. §§ 1983 and 1985 claims (Court File No. 2). Those claims are hereby **DISMISSED**. Further, the Court **GRANTS** Defendants Bradley Equipment Rentals, Inc.'s and Hal Roe's motion to dismiss (Court File No. 4) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's remaining state law claims. The Court further **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**